UNITED STATES BANKRUPTCY COURT
Eastern District
Raleigh

IN RE:
CARRIAGE MANOR PROPERTY OWNERS ASSO
9600 TWO NOTCH RD STE 5
COLUMBIA, SC  29223-1612
EIN: 58-1720034

CASE NO. 06-00101-5-SWH

DEBTOR(S)

CHAPTER 7

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully report unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| DATE | CHECK NO | NAME AND LAST KNOWN ADDRESS | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 04/15/10 | 111 | Barbara Collins<br>P.O. Box 3758<br>Pembroke, NC  28372 | 16 | $555.62 |
| 04/15/10 | 119 | Spencer Crew<br>2914 Fairfield Ave<br>Cincinnati, OH  45206 | 29 | $644.52 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

This the 16th day of September, 2010.

BY: _____

Richard D. Sparkman
Bankruptcy Trustee
State Bar No. 6857
P.O. Box 1687
Angier, NC  27501
Telephone No. (919) 639-6181