VAN–126 Order for Refund of Unclaimed Funds – Rev. 10/20/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Carriage Manor Property Owners Assocatio
 ( debtor has no known aliases )
9600 Two Notch Road, Suite 5
Columbia, SC 29223

TaxID: 58–1720034

CASE NO.: 06–00101–5–SWH

DATE FILED: January 30, 2006

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $555.62 constituting unclaimed funds is declared due to Barbara Collins, 433 Andrews Farm Rd., Rowland, NC 28383–8055 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 18, 2010

Stephani W. Humrickhouse
United States Bankruptcy Judge